

140 Grand Street, Sui[te]
t 914.686.1500 · f 9[...]

February 16, 2024

**Via ECF**

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Skanska USA Building Inc. v. Regeneron Pharmaceuticals, Inc.*,
              No. 7:23-cv-8418 (PMH) (S.D.N.Y.)

Dear Judge Halpern:

We represent defendant Regeneron Pharmaceuticals, Inc. ("Regeneron") in the above-captioned action. We write pursuant to Rule 1(C) of this Court's Individual Practices, and with the consent of plaintiff Skanska USA Building Inc. ("Skanska"), to respectfully request an adjournment of the in-person conference currently scheduled for February 21, 2024 at 10:00 A.M.

The parties received notification from the Court yesterday regarding the scheduling of the conference to address the matters raised in the parties' joint dispute letter regarding initial disclosures. (*See* Dkt. No. 27.) The undersigned attorneys who would be representing Regeneron at the conference will be traveling out of the state with their families next week, which is the Midwinter Recess for many schools.

Accordingly, we respectfully request that the Court adjourn the conference to a date and time convenient to the Court after the week of February 19-23. Alternatively, we request that the conference be converted to a telephonic appearance to allow traveling counsel to attend.

No previous request for adjournment of the conference has been made. Skanska consents to the requested adjournment, and its counsel has indicated that they are available during the morning of February 26 or on March 4 or 5, which are all acceptable to counsel for Regeneron (with the exception of the afternoon of March 5).

---

Application granted. The February 21, 2024 conference is adjourned to February 26, 2024 at 10:00 a.m. in Courtroom 520 of the White Plains courthouse.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
          February 20, 2024

February 16, 2024
Page 2 of 2



We thank the Court for its attention to this request.

        Respectfully submitted,

        YANKWITT LLP

By: _____
        Russell M. Yankwitt
        Jonathan Ohring