UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKANSKA USA BUILDING INC.,

        Plaintiff,

-against-

REGENERON PHARMACEUTICALS INC.,

        Defendant.

**ORDER**

23-CV-08418(PMH)

PHILIP M. HALPERN, United States District Judge:

    A Discovery Dispute Conference was held on February 28, 2024, concerning the issues raised in the parties' joint letter (Doc. 26). Counsel for all parties appeared.

    As explained more fully at the conference, the Court ruled that Plaintiff's application is denied with respect to Defendant's computation of damages sustained in connection with counterclaims that have not been asserted. Further, based on counsels' representations at the conference, the Court denied as moot Plaintiff's application with respect to Defendant's disclosure of individuals with discoverable information it may use to support its defenses.

Dated: White Plains, New York
       February 28, 2024

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge