UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKANSKA USA BUILDING INC.,

           Plaintiff,

-against-

REGENERON PHARMACEUTICALS INC.,

           Defendant.

**ORDER**

23-CV-08418(PMH)

PHILIP M. HALPERN, United States District Judge:

      A Discovery Conference was held on July 3, 2024, concerning the issues raised in the parties' joint letter (Doc. 40). Counsel for all parties appeared.

      As explained more fully at the conference, the Court granted in part Plaintiff's application to compel Defendant to produce documents responsive to Document Request Nos. 23 and 25 (Doc. 40-1), referred to herein as "Design Documents." Specifically, the Court limited Defendant's production of Design Documents to those which are dated between March 2022 and September 22, 2023, and which apply and/or relate to Plaintiff's First and Second Claims for Relief for breach of contract. The Court directed Defendant to, by **July 10, 2024**, advise the Court as to how much time is needed to make its production of Design Documents.

      Additionally, the Court denied Plaintiff's application to compel Defendant to produce documents related to Torcon and Suffolk.

      Further, as discussed at the conference, Plaintiff shall make its document production by **August 2, 2024**.

      Defendant advised that it intends to file its answer and counterclaims within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff advised that it intends to seek leave to amend the Complaint. The Court directed the parties to meet and confer regarding the proposed

amended complaint. Plaintiff shall, by **July 13, 2024**, file its pre-motion letter regarding leave to amend the Complaint and annexing both a clean and redlined version of the proposed amended pleading in accordance with Rules 2(C) and 4(C) of this Court's Individual Practices. Should the Court permit the filing of an amended complaint, the parties shall meet and confer and file a proposed amended Case Management Plan and Scheduling Order.

    See Transcript.

Dated: White Plains, New York
       July 3, 2024

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge