UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SKANSKA USA BUILDING INC.,

        Plaintiff,

-against-

REGENERON PHARMACEUTICALS INC.,

        Defendant.

**ORDER**

23-CV-08418(PMH)

---

PHILIP M. HALPERN, United States District Judge:

    A pre-motion conference was held on September 3, 2024, concerning Plaintiff's anticipated motion to strike certain allegations contained in the First Amended Complaint and to dismiss the claim for relief for tortious interference. (Docs. 60-61). Counsel for all parties appeared telephonically.

    As explained more fully at the conference, the Court directed the parties to meet and confer regarding the allegations that are subject of the anticipated motion to strike and, by **September 17, 2024**, file a joint letter advising the Court whether each paragraph is prohibited from use in this litigation by the parties' settlement agreement. The Court denied Plaintiff's request for leave to move to dismiss the tortious interference claim. Further, the Court directed the parties to meet and confer and, by **September 4, 2024 at 5:00 p.m.**, file a proposed amended Case Management Plan and Scheduling Order. To the extent the parties cannot reach agreement on a proposed amended Case Management Plan and Scheduling Order, they may each submit their own proposal.

    See Transcript.

Dated: White Plains, New York
       September 3, 2024

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge

2