UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKANSKA USA BUILDING INC.,

                Plaintiff,

-against-

REGENERON PHARMACEUTICALS INC.
and SHAWN'S LAWNS INC.,

                Defendants.

**ORDER**

23-CV-08418(PMH)

PHILIP M. HALPERN, United States District Judge:

      A Discovery Conference was held on January 23, 2025, concerning the issues raised in the parties' joint letter (Doc. 104). Counsel for all parties appeared.

      As explained more fully at the conference, the Court granted in part and denied in part Skanska's application to compel Regeneron to produce documents in response to Request Nos. 1, 2, 3, 13, 17, 18, 19, 53, 58, 59, 60, 62, 65, 67, 69, 70, 72, 73, 75, 77, 78, 79, 80, and 81 of Skanska's Second Request for the Production of Documents. The parties shall make their respective document productions by **January 31, 2025**. Additionally, responses and/or objections to any further document demands shall be made within ten days of service of such demands, following a meet and confer among counsel for the parties. The parties should endeavor to resolve any further discovery disputes without the need for Court intervention. Moreover, the Court warned the parties that no further extensions of the discovery schedule will be granted. Lastly, the Court granted Shawn's Lawns request for an additional three pages to respond to Regeneron's pre-motion conference letter (Doc. 105).

      See Transcript.

2

Dated: White Plains, New York
       January 23, 2025

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge