

**Peckar & Abramson**
A Professional Corporation · Attorneys & Counselors at Law

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
Boston, MA
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International
Alliances**

Argentina
Brazil
Canada
Chile
Colombia
El Salvador
England
France
Germany
Guatemala
India
Mexico
Peru
Uruguay

## Letter Motion Upon Consent

March 19, 2025

**VIA ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:**   **Skanska USA Building Inc. v. Regeneron Pharmaceuticals, Inc.**
**Docket No.: 7:23-cv-8418 (PMH) (S.D.N.Y.)**
**Letter Motion Upon Consent Requesting Rescheduling of April 14,**
**2025 Discovery Conference**

Dear Judge Halpern:

Please accept this letter motion on behalf of Plaintiff, Skanska USA Building

Inc. ("Skanska"). On or abou[...]

that the Discovery Conferenc[...]

had been adjourned by the Co[...]

14, 2025. We write to the Cou[...]

be rescheduled for another da[...]

Thursday, April 10 through [...]

attend the Discovery Confere[...]

> Application granted. The April 14, 2025 conference is adjourned to May 7, 2025 at 2:30 p.m. in a courtroom to be determined at the White Plains Courthouse.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 131.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         March 21, 2025

Defendants, Regeneron Pharmaceuticals, Inc. and Shawn's Lawns Inc., who have

both consented to this request. Counsel for Defendants have also asked that I inform

the Court of the other dates in April that pose a scheduling conflict for the parties. The

parties are not available on the following dates in April: 7, 9, 10 , 11, 14, 15, 16, 18,

23, 24, and 25. Skanska thanks the Court for its attention to this matter.





**Peckar & Abramson**
A Professional Corporation · Attorneys & Counselors at Law

March 19, 2025
Page 2


Respectfully submitted,

*/s/ Benjamin J. Hochberg*

BENJAMIN J. HOCHBERG
Email: bhochberg@pecklaw.com

CC:    Bruce D. Meller, Esq.
       Peter E. Moran, Esq.
       Jonathan Ohring, Esq. (*Counsel for Regeneron* via ECF)
       Russell M. Yankwitt, Esq. (*Counsel for Regeneron* via ECF)
       Ronald Steinvurzel, Esq. (*Counsel for SLI* via ECF)