

**Yankwitt LLP** — 140 Grand Street, Suite 705, White Plains, New York 10601 | t 914.686.1500 | White Plains, NY

June 9, 2025

**By ECF**

Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas St., Courtroom 502
White Plains, New York 10601

> Application granted. Deadlines stayed for 30 days. The parties shall file a letter advising of the status of settlement by July 9, 2025.
>
> SO ORDERED.
>
> *(signature)*
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 9, 2025

Re:   *Skanska USA Building Inc. v. Regeneron Pharmaceuticals, Inc., et al.*,
      No. 7:23-cv-8418 (PMH) (S.D.N.Y.)

Dear Judge Halpern:

We represent Regeneron Pharmaceuticals, Inc. ("Regeneron") in the above-captioned action. We write on behalf of all parties to inform the Court that at a settlement conference before Judge Krause on June 6, 2025, the parties reached agreement as to the financial terms of a settlement in this matter, as set forth on the record, but require additional time to negotiate the non-financial aspects of the settlement. To allow the parties to focus on finalizing a settlement agreement, and because there are several depositions scheduled over the next few weeks as well as discovery deadlines approaching, the parties respectfully request the Court issue an order adjourning all deadlines in the Second Amended Civil Case Discovery Plan and Scheduling Order by 30 days.

We thank the Court for its attention to this matter. We are available to address any questions the Court may have.

Respectfully submitted,

YANKWITT LLP

By: *(signature)*
Russell M. Yankwitt
Jonathan Ohring
Cassandra M. Vogel

Cc:   All counsel (via ECF)