

140 Grand St
t 914.686.15

White Plains, NY
Atlantic City, NJ

> Application granted. Deadlines extended 14 days. The parties shall file a status letter by July 24, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>     July 10, 2025

July 9, 2025

**By ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Skanska USA Building Inc. v. Regeneron Pharmaceuticals, Inc. et al.*,
               Case No. 23-cv-8418

Dear Judge Halpern:

In accordance with Your Honor's order of June 9, 2025, the parties jointly provide the following update advising the Court as to the status of settlement.  While the parties reached agreement as to monetary terms of a settlement as set forth in the parties' June 9, 2025 joint letter, the parties remain unable to agree to certain non-monetary terms of the settlement.  The parties participated in a settlement conference regarding the non-monetary terms with Judge Krause on July 9, 2025, which was unsuccessful, but agreed to continue discussions and to report back to Judge Krause by July 18, 2025.  Judge Krause provided the parties with the following deadlines over the next week for such continued discussions:  Friday, July 10, 2025 for the parties to meet and confer; Tuesday, July 15, 2025, by 10 a.m. for Regeneron to provide a redline of the settlement agreement; and Thursday, July 17, 2025, by 10 a.m., for Skanska to respond to such redline.  Accordingly, the parties respectfully request an additional 14-day adjournment of all deadlines in the Second Amended Civil Case Discovery Plan to account for such continued discussions.

                                        Very truly yours,

                                        YANKWITT LLP

                      By: _____
                              Russell M. Yankwitt
                              Jonathan Ohring
                              Cassandra M. Vogel