

> Application granted. Deadlines extended 14 days. The parties shall file a status letter by August 7, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 23, 2025

July 22, 2025

**By ECF**
Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *Skanska USA Building Inc. v. Regeneron Pharmaceuticals, Inc. et al.*,
Case No. 23-cv-8418

Dear Judge Halpern:

In accordance with Your Honor's order of July 10, 2025 (ECF No. 164), the parties jointly provide the following update advising the Court as to the status of settlement.

The parties continue to exchange drafts and make progress on the settlement agreement. While certain issues remain to be resolved, the parties are optimistic that they will be able to resolve them. The parties provided an update to Judge Krause on July 18, 2025, and by order of the same date, Judge Krause directed the parties to provide a further update on or before July 25, 2025, following further discussions.

Accordingly, the parties respectfully request an additional 14-day adjournment of all deadlines in the Second Amended Civil Case Discovery Plan to account for such continued discussions.

Very truly yours,

YANKWITT LLP

By: _____
Russell M. Yankwitt
Jonathan Ohring
Cassandra M. Vogel